| Form B1 | UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle).<br><br>Rodriguez, Frank | Name of Joint Debtor (Spouse)(Last, First, Middle)<br><br>None |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names)<br><br>None |
| Last four digits of Soc. Sec. No./Complete EIN or other<br>Tax I.D. No. (if more than one, state all):<br><br>9657 / None | Last four digits of Soc. Sec. No./Complete EIN or<br>other Tax I.D. No. (if more than one, state all):<br><br>None  /  None |
| Street Address of Debtor (No. & Street, City, State & Zip Code)<br><br>**114 West Elm  Street<br>Tampa, FL 33604** | Street Address of Joint Debtor (No  & Street, City, State & Zip<br>Code)<br><br>None |
| County of Residence or of the<br>Principal Place of Business: **Hillsborough** | County of Residence or of the<br>Principal Place of Business  None |
| Mailing Address of Debtor (If different from street address)<br><br>None | Mailing Address of Joint Debtor (If different from street address)<br><br>None |

| Location of Principal Assets of Business Debtor<br>(If different from address noted above): , |
|---|

| INFORMATION REGARDING DEBTOR (Check the Applicable Boxes) |
|---|

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other District
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| *Type of Debtor (Check all boxes that apply)*<br>☑ **Individual(s)** | *Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)*<br>☑ **Chapter 13** |
|---|---|
| **Nature of Debts (Check one box)**<br>☑ **Consumer/Non-Business** | **Filing Fee (Check one box)**<br><br>☑ Full Filing Fee attached |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 USC Sec  101<br>☐ Debtor is and elects to be considered a small business<br>under defined in 11 USC Sec  1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors | |
| Estimated Number of Creditors  ☑ 1 - 15  (1) | |
| Estimated Assets  ☑ $50,001 to $100,000  (2) | |
| Estimated Debts  ☑ $50,001 to $100,000  (2) | |

FILED
TAMPA, FLORIDA
2004 JUN -9  PM 2: 33
CLERK U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT OF FLORIDA

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Frank Rodriguez** | **Form B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed   None | Case Number   None | Date Filed   None |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** <br> **(If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor   None | Case Number   None | Date Filed   None |
| District   None | Relationship   None | Judge   None |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, understand the relief available under each such chapter, and choose to proceed under Chapter 7

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition

X _____

Signature of Debtor, **Frank Rodriguez**

X _____

Signature of Joint Debtor,
**813-355-1457**
Telephone Number (If not represented by attorney)

Date   6/8/04

**EXHIBIT A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 d of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit "A" is attached and made a part of this petition

**EXHIBIT B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I the attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner(s) that (he, she or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, and have explained the relief available under each such chapter

X _____

Signature of Attorney for Debtor(s)        Date

**EXHIBIT C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit "C" is attached and made a part of this petition

☒ No

**Signature of Attorney**

X _____

Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name
Address
Telephone Number

Date

**Signature Of Non-Attorney Bankruptcy Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

*Jackie Rojas/ Accounting + Beyond*
Printed Name of Bankruptcy Petition Preparer

P00236748
Social Security Number (Required by 11 U.S.C. Sec 110(c))

7121 N. Habana Ave.
Address
Tampa FL 33614

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person

X _____

Signature of Bankruptcy Petition Preparer

Date   6/8/04

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. Sec 110 and 18 U.S.C. Sec 156

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, UNITED STATES CODE specified in this petition

X _____

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Form B1, Exhibit C
(9/01)

# Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition ]*

# UNITED STATES BANKRUPTCY COURT

In re    Frank Rodriguez,                                    Case No. _____

                              Debtor(s).                     Chapter _____

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

_____

_____

_____

2. With respect to each parcel of real property or item of personal property identified in question 1 describe the nature and location of the dangerous condition, whether environmental or otherwise that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re    Frank Rodriguez,                                    Case No.

                        Debtor(s).                          Chapter 13

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

|  | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | Attached | Num Pages | ASSETS | LIABILITIES | OTHER |
| A - REAL PROPERTY | YES | 1 | $90,000.00 | | |
| B - PERSONAL PROPERTY | YES | 3 | $1,510.00 | | |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 2 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 1 | | $65,000 00 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 1 | | $0 00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | 1 | | $0.00 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $1,694 00 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $1,043 00 |
| Total Number of Sheets in ALL Schedules | | 13 | | | |
| Total Assets | | | $91,510.00 | | |
| Total Liabilities | | | | $65,000.00 | |

In re    Frank Rodriguez,                          Case No.

                    Debtor(s).                     Chapter 13

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant community property, or in which the debtor has a life estate   Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit   If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled 'H  W  J or C "   If the debtor holds no interest in real property, write "None" under "Description and Location of Property "

Do not include interests in executory contracts and unexpired leases on this schedule   List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim   See Schedule D   If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim "

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence | Simple Fee Title | I | $90,000.00 | . . , |
| | | TOTAL | $90,000 00 | |

In re     Frank  Rodriguez,                                     Case No.

                              Debtor(s).                        Chapter 13

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind  If the debtor has no property in one or more of the categories  place an  X  in the appropriate position in the column labeled "None"  If additional space is needed in any category  attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C " in the column labeled "H, W, J or C "  If the debtor is an individual or a joint petition is filed  state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1   Cash on hand | X | | | $ 0 00 |
| 2   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | X | | | $ 0 00 |
| 3   Security deposits with public utilities, telephone companies, landlords and others | | TECO Deposit 114 West Elm  Street Tampa, Fl 33604 | I | $90 00 |
| | | City of Tampa Utilities 114 West Elm  Street Tampa, Fl 33604 | I | $120.00 |
| 4   Household goods and furnishings, including audio, video and computer equipment | | Various household items 114 West Elm  Street Tampa, Fl 33604 | I | $800 00 |
| 5   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles | X | | | $ 0 00 |
| 6   Wearing apparel | X | | | $ 0 00 |
| 7   Furs and jewelry | | Misc. jewelry 114 West Elm  Street Tampa, Fl 33604 | I | $500 00 |
| 8   Firearms and sports, photographic and other hobby equipment | X | | | $ 0 00 |
| 9.  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | $ 0.00 |
| 10  Annuities  Itemize and name each issuer | X | | | $ 0 00 |
| 11  Interests in IRA, ERISA, Keogh or other pension or profit-sharing plans  Itemize | X | | | $ 0 00 |

**SCHEDULE B - PERSONAL PROPERTY  1 - 3**

In re    Frank Rodriguez,                                    Case No.

                         Debtor(s).                          Chapter 13

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | $ 0 00 |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | $ 0 00 |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | $ 0 00 |
| 15  Accounts receivable | X | | | $ 0 00 |
| 16  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled  Give particulars | X | | | $ 0 00 |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | $ 0 00 |
| 18  Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | $ 0 00 |
| 19  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust | X | | | $ 0 00 |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims or the debtor and rights to setoff claims  Give estimated value of each | X | | | $ 0.00 |
| 21  Patents, copyrights and other intellectual property  Give particulars | X | | | $ 0 00 |
| 22  Licenses, franchises and other general intangibles  Give particulars | X | | | $ 0 00 |
| 23  Automobiles, trucks, trailers and other vehicles | X | | | $ 0 00 |
| 24  Boats, motors and accessories | X | | | $ 0 00 |
| 25  Aircraft and accessories | X | | | $ 0 00 |
| 26  Office equipment, furnishings and supplies | X | | | $ 0 00 |
| 27  Machinery, fixtures, equipment and supplies used in business | X | | | $ 0.00 |
| 28  Inventory | X | | | $ 0 00 |
| 29  Animals | X | | | $ 0 00 |

**SCHEDULE B - PERSONAL PROPERTY  2 - 3**

In re   Frank Rodriguez,                          Case No.

                      Debtor(s).                          Chapter 13

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30   Crops - growing or harvested   Give particulars | X | | | $ 0 00 |
| 31   Farming equipment and implements | X | | | $ 0.00 |
| 32   Farm supplies, chemicals and feed | X | | | $ 0 00 |
| 33   Other personal property of any kind not already listed   Itemize | X | | | $ 0.00 |
| | | | Total | $1,510 00 |

**SCHEDULE B - PERSONAL PROPERTY  3 - 3**

In re    Frank Rodriguez,                                    Case No.

                                    Debtor(s).        Chapter 13

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is entitled under

☒ 11 U S C  522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 75% Earned Unpaid Wages | 15 U S C  § 1673 | | |
| Alimony/Child Support | Fla Stat  222 201 | | |
| Annuity Proceeds | Fla Stat  222 14 | | |
| Business Partnership Property | Fla Stat  620 68 | | |
| Civil Service Retirement | 5 U S C  § 729 | | |
| County Employees/Officers Pension | Fla Stat  122 15 | | |
| Crime Victims' Compensation | Fla Stat  960-14 | | |
| Death Insurance Benefits | Fla Stat  222 13 | | |
| Disability/Illness Insurance Benefits | Fla Stat  222 18 | | |
| Earned/Unpaid Wages or Wages in Bank | Fla Stat  222 11 | | |
| ERISA Benefits | Fla Stat  222 21(2) | | |
| Federal Employees Pension Payments (3 months) | Fla Stat  222 21 | | |
| Firefighter Pension | Fla Stat  175 241 | | |
| Fishermen, seamen, apprentice wages | 46 U S C  § 601 | | |
| Fraternal Benefit Society Insurance Benefits | Fla Stat  632 619 | | |
| Hazardous Occupation Injury Damages | Fla Stat  769 05 | | |
| Highway Patrol Pension | Fla Stat  321 22 | | |
| Homestead - tenancy by entirety non-debtor spouse | In re Avins, 19 BR 736 (S D  Fla  1982) | | |
| Life Insurance Cash Value | Fla Stat  222 14 | | |
| Longshore/harbor worker's benefits | 33 U S C  § 916 | | |
| Motor Vehicle | Fla Stat  222 25 | $ , | |
| Personal Property | Fla Const  10-4, In re Hawkins, 51 BR 348 (S D  Fla  1985) | $1,000  ( | , |
| Police Officer Pension | Fla Stat  185 25 | | |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  1 - 2**

In re    Frank Rodriguez,                                    Case No.

               Debtor(s).                                    Chapter 13

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Professionally Prescribed Health Aids | Fla Stat  222 25 | | |
| Public Assistance | Fla Stat  222 201 | | |
| Railroad Retirement | 45 U S C  § 228(l) | | |
| Residential Homestead | Fla Stat  222 01-03, 222 05, Fla Const 10-4 | $65,000 00 | ' , |
| Seamen's Clothing | 46 U S C  § 11110 | | |
| Seamen's Contract Wages | 46 U S C  § 11111 | | |
| Social Security | Fla Stat  222 201 | | |
| Social Security Benefits | 42 U S C  § 407 | | |
| State Employees/Officers Pension | Fla Stat  121 131 | | |
| Teachers Pension | Fla Stat  238 15 | | |
| Unemployment Compensation | Fla Stat  222 201, 443 051(2), (3) | | |
| Veterans Benefits | Fla Stat  222 201, 744 626 | | |
| Veteran's benefits | 45 U S C  § 352(E) | | |
| Workers' Compensation | Fla Stat  440 22 | | |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  2 - 2**

In re    **Frank Rodriguez,**                                    Case No.

                                        **Debtor(s).**                Chapter 13

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens garnishments statutory liens mortgages deeds of trust and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor'. Include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled 'Husband Wife Joint or Community.'
If the claim is contingent, place an "X" in the column labeled 'Contingent.' If the claim is unliquidated place an "X" in the column labeled 'Unliquidated.' If the claim is disputed, place an "X" in the column labeled 'Disputed.' (You may need to place an "X" in more than one of these three columns.)
Report the total of all claims listed on this schedule in the box labeled 'Total' on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.
Check this box if debtor has no creditors holding secured claims to report on this Schedule D

☐ **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct No 0001082356-5<br><br>Citimortgage, Inc<br>P O Box 8003<br>S Hackensack, NJ 07606-8003 | N | I | 3/1999<br>Simple Fee Title<br>Primary Residence<br><br>VALUE  $90,000 00 | | | | | |
| | | | Subtotal this page | | | | **$65,000 00** | |
| | | | TOTAL | | | | **$65,000 00** | |

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS  1 - 1**

In re    Frank Rodriguez,                                   Case No.

                                    Debtor(s).            Chapter 13

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries and commissions**
Wages, salaries, and commissions, including vacation, severance and sick pay owing to employees up to a maximum of $4925* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, maintenance, and support**
Debts to a spouse, former spouse, or child of the debtor for alimony to, maintenance for, or support of such spouse or child. 11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and other certain debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec. 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re    **Frank Rodriguez,**                                      Case No.

                          **Debtor(s).**                    Chapter 13

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled 'Codebtor,' include the entity on the *appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the* marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ **Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Acct. No.** None. | | | | | | | $0 00 |

|  |  |
|---|---|
| Subtotal this page | $0 00 |
| TOTAL | $0 00 |

*SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  1 - 1*

In re    **Frank Rodriguez,**                                    **Case No.**

                              **Debtor(s).**                    **Chapter 13**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property  Include any timeshare interests

State nature of debtor's interest in contract, i e , "Purchaser," "Agent," etc  State whether debtor is the lessor or lessee of a lease

Provide the names and complete mailing addresses of all other parties to each lease or contract described

NOTE  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

☑ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None. | |

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES  1 - 1**

In re    **Frank Rodriguez,**                                    Case No.

                        **Debtor(s).**                    **Chapter 13**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors  Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case  should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case

☑ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| None. | |

In re    **Frank Rodriguez,**                                    Case No.

                            **Debtor(s).**                        Chapter 13

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed

| Debtor's Marital Status: **Unmarried** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: None | AGE: |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Window Treatment Installer | None |
| Name of Employer | Ron Piniero | None |
| How long employed | 1 1/2 years | None |
| Address of Employer | 610 Rooks Road, Seffner, FL 33584 | None |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary and commissions (pro rata if not paid monthly) | | $2,000.00 | |
| Estimated monthly overtime | | $ 0.00 | $ |
| **SUBTOTAL** | | **$2,000 00** | **$   0 00** |
| **LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and social security | | $ | |
| b. Insurance | | $ | |
| c. Union dues | | $ | |
| d Other (specify)   None None | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | | **$ 306 00** | **$   0 00** |
| **TOTAL NET MONTHLY TAKE-HOME PAY** | | **$1,694 00** | **$   0 00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ |
| Income from real property | | $ 0 00 | $ |
| Interest and dividends | | $ 0 00 | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0 | |
| Social security or other government assistance (specify): None. | | $ 0.00 | |
| Pension or retirement income | | $ 0 00 | |
| Other monthly income (specify): Debtor   None Spouse   None | | $ | |
| **TOTAL MONTHLY INCOME** | | **$1,694 00** | **$   0 00** |

**TOTAL COMBINED MONTHLY INCOME**    $1,694 00           **(Report also on Summary of Schedules)**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document  None

In re    **Frank Rodriguez,**                          Case No.

                          **Debtor(s).**                    **Chapter 13**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family  Prorate any payments made bi weekly  quarterly  semi annually or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | |
|     Are real estate taxes included?  **Y** | |
|     Is property insurance included? **Y** | |
| **Utilities: Electricity and heating fuel** | |
|           **Water and sewer** | |
|           **Telephone** | |
|           **Other (specify):** None. | |
| **Home maintenance (repairs and upkeep)** | |
| **Food** | |
| **Clothing** | |
| **Laundry and dry cleaning** | |
| **Medical and dental expenses** | |
| **Transportation (not including car payments)** | |
| **Recreation, clubs and entertainment, newspapers, magazines, etc.** | |
| **Charitable contributions** | |
| **Insurance (not deducted from wages or included in home mortgage payment)** | |
|           **Homeowner's or renter's** | |
|           **Life** | |
|           **Health** | |
|           **Auto** | |
|           **Other (specify):**  None | |
| **Taxes (not deducted from wages or included in home mortgage payments) (Specify)** None | |
| **Installment payments** | |
|           **Auto** | |
|           **Other:**  None. | |
| **Alimony, maintenance and support paid to others** | |
| **Payments for support of additional dependents not living at your home** | |
| **Regular expenses from operation of business, profession or farm.** | |
|   **(attach detailed statement)** | |
| **Other:** None | |

**TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules)          $1,043.00

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)** Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | |
|---|---|
| A.  **Total projected monthly income** | $1,694 00 |
| B.  **Total projected monthly expenses** | $1,043 00 |
| C.  **Excess income (A minus B)** | $ 651 00 |
| D.  **Total amount to be paid into plan each   (interval).** | |

In re    **Frank Rodriguez,**                                         Case No.

Debtor(s).                                         Chapter 13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 13 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: _____6|8|04_____        Signature _____
                                          Frank Rodriguez, Debtor

Date: _____        Signature _____
                                          , Joint Debtor
                                          (If joint case, both spouses must sign)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
### CORPORATION OR PARTNERSHIP

I, the [the president or other officer or an authorized agent of the partnership] of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheet(s), and that they are true and correct to the best of my knowledge, information *and belief.*

Date: _____        **by**
                                          Signature _____

_____
[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U S C  4,6 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Jackie Rojas/Accounting + Beyond*
Printed or typed name of Bankruptcy Petition Preparer
P002 36 748
Social Security No (Required by 11 U S C Sec 110(c).)

*7121 N. Habana Ave., Tampa, FL 33614*
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*Jackie Rojas*                              *6|8|04*
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  Sec  110 and 18  U S C Sec  156*

*Penalty for making a false statement or concealing property*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both   18 U S C  Secs  152 and 3571*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re    Frank Rodriguez,                                    Case No.

                        Debtor(s).                            Chapter 13


## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19  25  If the answer to any question is "None", or the question is not applicable, mark the box labeled "None"  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

"In Business"  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive  or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed

"Insider"  The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives  affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C  Sec 101

---

## 1. Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment  trade  or profession  or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the two years immediately preceding this calendar year  (A debtor that maintains  or has maintained  financial records on the basis of a fiscal rather than a calendar year  may  report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed  state income for each spouse separately  Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

AMOUNT                                  SOURCE (if more than one)

$12,000 00 (YTD 2004)                   TCM & Ron's Install

$19,000 00  (2003)                      TCM & Ron's Install


## 2. Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment  trade  profession  or operation of the debtor's business during the two
☑       years immediately preceding the commencement of this case  Give particulars  If a joint petition is filed  state income for each spouse separately
        (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

AMOUNT                                  SOURCE

n/a

---

In re    **Frank Rodriguez,**                                    Case No.

                        **Debtor(s).**                    **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 3. Payments to creditors

None ☑    3 a  List all payments on loans, installment purchases of goods or services  and other debts  aggregating more than $600 to any creditor  made within 90 days immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

None ☑    3 b  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    4 a  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed  unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Reschedule Foreclosure Sale 01-CA-7584 G | Primary Residence | Circuit Court of the 13th Judicial Circuit Hillsborough County | Pending Foreclosure Sale |

None ☑    4 b  Describe all property that has been attached  garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

In re    **Frank Rodriguez,**                                    **Case No.**

                              **Debtor(s).**                    **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

## 6. Assignments and receiverships

None ☑ 6 a   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| n/a | | |

None ☑ 6 b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| n/a | | | |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

**STATEMENT OF FINANCIAL AFFAIRS  3 - 12**

In re   **Frank Rodriguez,**                                    Case No.

                           **Debtor(s).**              **Chapter 13**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within <u>one year</u> immediately preceding the commencement of this case <u>or since the commencement of this case.</u>  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| n/a | | |

### 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy with <u>one year</u> immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| n/a | | |

### 10. Other transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within <u>one year</u> immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| n/a | | |

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within <u>one year</u> immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| n/a | | |

**STATEMENT OF FINANCIAL AFFAIRS  4 - 12**

In re    **Frank Rodriguez,**                              Case No.

                              **Debtor(s).**              **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 12. Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding
☑       the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses
        whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| n/a | | | |

## 13. Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt of the debtor within 90 days preceding the commencement of this case. (Married
☑       debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| n/a | | |

## 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| n/a | | |

## 15. Prior address of debtor

None    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☑       period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| n/a | | |

## 16. Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
☑       New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the
        name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|
| n/a |

**STATEMENT OF FINANCIAL AFFAIRS  5 - 12**

In re    Frank Rodriguez,                          Case No.

                    Debtor(s).              Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 17. Environmental Information.

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water groundwater or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☑

17 a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit  the date of the notice  and  if known  the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

17 b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

17 c  List all judicial or administrative proceedings  including settlements or orders  under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding  and the docket number

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

In re    **Frank Rodriguez,**                               Case No.

                                        **Debtor(s).**        **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 18.  Nature, location and name of business

None
☑

18a
If the debtor is an individual, list the names  addresses  taxpayer identification numbers  nature of the businesses  and ending dates of all businesses in which the debtor was an officer  director, partner, or managing executive of a corporation  partnership  sole proprietorship  or was a self-employed professional w thn the six years immediately preceding the commencement of this case  or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding commencement of this case

If the debtor is a partnership, list the names  addresses, taxpayer identification numbers  nature of the businesses  and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities  within the six years immediately preceding the commencement of this case

If the debtor is a corporation, list the names  addresses  taxpayer identification numbers  nature of the businesses  and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities  within the six years immediately preceding the commencement of this case

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|--------------------|---------|--------------------|-----------------------------------------|

n/a

None
☑

18 b  Identify any business listed in response to subdivision a , above  that is  single asset real estate  as defined in 11 U S C  § 10

| NAME | ADDRESS |
|------|---------|

**STATEMENT OF FINANCIAL AFFAIRS  7 - 12**

**In re   Frank Rodriguez,**                                    **Case No.**

                           **Debtor(s).**              **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business as defined above within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☑   19 a  List all bookkeepers and accountants who, within the two years immediately preceding the commencement of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| n/a | |

None ☑   19 b  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor

| NAME | ADDRESS | DATE SERVICES RENDERED |
|---|---|---|
| n/a | | |

None ☑   19 c  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain

| NAME | ADDRESS |
|---|---|
| n/a | |

None ☑   19 d  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| n/a | |

**STATEMENT OF FINANCIAL AFFAIRS  8 - 12**

In re    **Frank  Rodriguez,**                                        **Case No.**

                        **Debtor(s).**                    **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 20. Inventories

None    20 a  List the dates of the last two inventories taken of your property  the name of the person who supervised the taking of each inventory  and the dollar
☑          amount and basis of each inventory

DATE OF INVENTORY                    INVENTORY        SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                                       (Specify cost, market, or other basis)

n/a

None    20 b  List the name and address of the person having possession of the records of each of the two inventories reported in a   above
☑

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

n/a

## 21.  Current Partners, Officers, Directors and Shareholders

None    21 a  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership
☑

NAME AND ADDRESS                              NATURE OF INTEREST        PERCENTAGE OF INTEREST

n/a

None    21 b  If the debtor is a corporation  list all officers and directors of the corporation  and each stockholder who directly or indirectly owns  controls  or
☑          holds 5 percent or more of the voting securities of the corporation

NAME AND ADDRESS                              TITLE            NATURE AND PERCENTAGE OF
                                                               STOCK OWNERSHIP

n/a

**STATEMENT OF FINANCIAL AFFAIRS  9 - 12**

In re    **Frank Rodriguez,**                                    Case No.

                             **Debtor(s).**          **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 22. Former partners, officers, directors and shareholders

None ☑    22 a  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of the case

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| n/a  |         |                    |

None ☑    22 b  If the debtor is a corporation, list all officers or directors whose relationships with the corporation terminated within one year immediately preceding the commencement of this case

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| n/a              |       |                     |

## 23. Withdrawals from a partnership or distribution by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-------------------------------------------------------|--------------------------------|------------------------------------------------------|
| n/a                                                   |                                |                                                      |

## 24. Tax Consolidation Group

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceding the commencement of the case

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|----------------------------|--------------------------------|
| n/a                        |                                |

## 25. Pension Funds

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employee, is or has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|----------------------|--------------------------------|

**STATEMENT OF FINANCIAL AFFAIRS  10 - 12**

In re    **Frank Rodriguez,**                                          **Case No.**

                              **Debtor(s).**                    **Chapter 13**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

NAME OF PENSION FUND                         TAXPAYER IDENTIFICATION NUMBER

n/a
_____

*    *    *    *    *

**STATEMENT OF FINANCIAL AFFAIRS  11 - 12**

In re    **Frank Rodriguez,**                                    Case No.

                         **Debtor(s).**                          **Chapter 13**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

*[If completed an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief

Date ___6|8|04___                           _____
                                            Frank  Rodriguez
                                            **Signature of Debtor**

Date_____                         _____

                                            **Signature of Joint Debtor** (if any)

*[If completed on behalf of a partnership or corporation]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief

Date_____       by    _____
                                            **Signature**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U S C  Sec 110)
I certify that I am a bankruptcy petition preparer as defined in 11 U S C  Sec 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_Jackie Rojas/Accounting & Beyond_        _P002 36 748_
Printed or typed name of Bankruptcy Petition Preparer    Social Security No (Required by 11 U S C  Sec 110(c) )

_7121  N. Habana  Ave., Tampa,  Fl. 33614_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

_Jackie Rojo_                             _6|8|04_
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C  Sec  110 and 18  U S C  Sec  156*

Penalty for making a false statement
*Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 and 3571*

**STATEMENT OF FINANCIAL AFFAIRS  12 - 12**

Citimortgage, Inc
P.O  Box 8003
S  Hackensack, NJ 07606-8003

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition  The bankruptcy law is complicated and not easily described  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court  Neither the judge nor the court's employees may provide you with legal service

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee and $15 trustee surcharge)

1  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2  Under Chapter 7 a trustee takes possession of all your property  You may claim certain of your property as exempt under governing law  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts  If however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court and the purpose for which you filed the bankruptcy petition will be defeated

4  Even if you receive a discharge, there are some debts that are not discharged under the law  Therefore you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution  and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs

5  Under certain circumstances you may keep property that you have purchased subject to a valid security interest  Your attorney can explain the options that are available to you

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time  You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them  using your future earnings  Usually the period allowed by the court to repay your debts is three years  but not more than five years  Your plan must be approved by the court before it can take effect

3  Under Chapter 13, unlike Chapter 7  you may keep all your property  both exempt and non-exempt  as long as you continue to make payments under the plan

4  After completion of payments under your plan, your debts are discharged except alimony and support payments  student loans  certain other debts including criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs  and long term secured obligations

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors  Its provisions are quite complicated and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm

I, the debtor, affirm that I have read this notice

Date ___6/8/04___          Signature _____
                                    Frank Rodriguez, Debtor

Date. _____          Signature _____
                                    , Joint Debtor

                                                        _____
                                                        Case Number

(If joint case, both spouses must sign)

**FORM B201 - NOTICE TO INDIVIDUAL CONSUMER DEBTOR**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### DIVISION
_____

| | | |
|---|---|---|
| In the Matter of: | ) | CASE NO _____ ___ ___ __ |
| | ) | |
| Frank Rodriguez | ) | |
| | ) | Chapter  13 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify under penalty of perjury that the attached matrix listing of creditors

is true, correct and accurate to the best of the knowledge and belief of the debtor(s)

Dated _____6/8/04_____

_____
Frank Rodriguez, Signature of Debtor

_____
, (Signature of Joint Debtor  if any)